ADAM C. BROWN (SBN 161951)
**HILL RIVKINS BROWN & ASSOCIATES**
**A Professional Law Corporation**
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628
Telephone: (916) 535-0263
Facsimile: (916) 535-0268

Attorneys for Plaintiff
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DIVERSIFIED TRANSPORTATION SERVICES, a business entity of unknown form; CALIFORNIA FREIGHT, a business entity of unknown form; H&M TRUCKING, a business entity of unknown form; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.: 2:16-CV-00700-MCE-KJN<br><br>**ORDER FOR CONDITIONAL DISMISSAL** |

WHEREAS the parties, Plaintiff National Union Fire Insurance Company of Pittsburgh, PA. and Defendants, Cross-Defendants, Counter-Defendants, Counterclaimant Diversified Transportation Services, California Freight and Sandair Inc., dba California Freight, and H&M Trucking Solutions, LLC have stipulated to conditionally dismiss the captioned action;

///

///

1    IT IS HEREBY ORDERED that the Complaint, Counterclaims and Counter Complaint
2 be and is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees,
3 subject to reopening by way of motion of the parties within 60 days hereof in the event
4 settlement is not consummated.
5    IT IS SO ORDERED.
6 Dated: August 11, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
ORDER FOR CONDITIONAL DISMISSAL